CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Leonardo Lopez-Gomez<br>YOB: 2005; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-2814MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 31, 2025, at or near Nogales, in the District of Arizona, **Leonardo Lopez-Gomez**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Leonardo Lopez-Gomez** is a citizen of Mexico. On December 31, 2025, agents found **Leonardo Lopez-Gomez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Leonardo Lopez-Gomez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Leonardo Lopez-Gomez** admitted to illegally entering the United States of America from Mexico on or about December 31, 2025, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>January 2, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4, and 54
   Reviewing AUSA: Houston